ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
STEVEN F. WERTH (Bar No. 205434)
*Steven.Werth@saul.com*
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Proposed Attorneys for Hronis, Inc. and
affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation,<br><br>et al.,<br><br>           Debtors in Possession<br><hr>Affects:<br><br>☒  ALL DEBTORS<br>☐  HRONIS, INC., a California corporation<br>☐  HRONIS CAPITAL ASSETS, LP, a California limited partnership<br>☐  HRONIS CAPITAL MANAGEMENT, LLC, a California limited liability company<br>☐  HRONIS CITRUS, LLC, a California limited liability company<br>☐  HRONIS FARMING, LP, a California limited partnership<br>☐  HRONIS FRUIT COMPANY LLC, a California limited liability company<br>☐  HRONIS LAND COMPANY, a California general partnership | Case No. 1:26-bk-10978<br><br>Chapter 11<br><br>SE - 9<br><br>(Jointly Administered with Case Nos. 1:26-bk-10979, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, 1:26-bk-10987, and 1:26-bk-10988)<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:      April 7, 2026<br><br>Hearing Time:     9:30 a.m.<br><br>Location:<br><br><br><br>Judge: |

☐ HRONIS RANCH, LLC, a California limited liability company

☐ HRONIS RESOURCE MANAGEMENT, LLC, a California limited liability company

☐ THE HRONIS FAMILY LIMITED PARTNERSHIP, a California limited partnership

V.

**Adversart Proceeding No.** *(if Applicable)***;**
**Docket Control Number:**
**Hearing Information** *(if Applicable)***;**
   Hearing Date:
   Hearing Time:
   Location:
   Judge:

CERTIFICATE OF SERVICE OF

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is _____ and my ☐ business address **or** ☐ mailing address if not a business is:

   _____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.*)

| | |
|---|---|
| ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*) | ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*) |
|   ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)* |   ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
|     ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). |   ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only).  This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
|     ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. |   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P.  2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*) | ☐ **Chapter 11 case** (*indicate below if subject to limited noticing*) |
|   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |   ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
| |   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4.     **About the Documents Served**

On _____, 20____, by the method(s) specified below, the following documents were served *(list in space provided):*




**or** ☐ those documents described in the list appended hereto and numbered ***Attachment 4.***


5.     **Who is Being Served**

    Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☐ Debtor(s) | ☐ Fewer than all creditors *(check at least one below)* |
| ☐ Plaintiff(s) |   ☐ Creditors that have filed claims |
| ☐ Defendant(s) |   ☐ Creditors holding allowed secured claims |
| ☐ All committee members |   ☐ Creditors holding allowed priority unsecured claims |
| ☐ Equity security holders |   ☐ Creditors holding leases or executory contracts that have |
| ☐ All creditors and parties in interest (Notice of Hearing only) |     been assumed |
| ☐ Only creditors that have filed claims (Notice of Hearing only) |   ☐ 20 largest creditors |
| ☐ All creditors and parties in interest | ☐ Administrative claimants |
| | ☐ Other party(ies) in interest |

**6.**      <u>**How Service is Accomplished**</u>

     A.    □    **Rule 7004 Service.** *(Check at least one, if applicable.)*

         1.    □    **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-1***.

         2.    □    **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-2***.

         3.    □    **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no._____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A-3***.

     B.    □    **Rule 5 and Rules 7005, 9036 Service** (*Check as many as applicable.*)

**Electronic Notice Recipients.** Attorneys and trustees that have appeared and parties who have requested notice per LBR 2018-1 are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(3)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. by* Fed. R. Bankr. P. 7005, 9014(c).

**Parties in Interest.** *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

         1.    □    **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

            a.    **Parties in interest**

            □   **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B-1***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            □   **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B-2***.

            b.    □ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B-3***.

         2.    □    **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B-4.***

□ I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on _____, 20_____, at _____.
                                                             City                                    State

_____                    _____
Print Name                                              Signature

# Attachment 6B3

Filed 03/25/26

Doc 134

Page # : 1 of 5

03/20/2026 02:45:24 PM

| | | | |
|---|---|---|---|
| 000021P001-1575S-008<br>AG PEAK<br>2428 CAMPANIA DR<br>DELANO CA 93215 | 000068P001-1575S-008<br>AG REIT TWO LLC<br>4030 SOUTH PIPKIN RD<br>LAKELAND FL 33811 | 000069P001-1575S-008<br>AGAMERICA LENDING<br>4030 SOUTH PIPKIN RD<br>LAKELAND FL 33811 | 000070P001-1575S-008<br>AGAMERICA LENDING<br>BAIRD HOLM LLP<br>STEVEN C TURNER<br>1700 FARNAM ST<br>STE 1500<br>OMAHA NE 68102-2068 |
| 000071P001-1575S-008<br>AGRIVEST FARMLAND FUND LP<br>UBS FARMLAND INVESTORS LLC<br>10 STATE ST SQUARE<br>15TH FL<br>HARTFORD CT 06103-3604 | 000072P001-1575S-008<br>AGWEST FARM CREDIT<br>ACCOUNTING DEPT<br>PO BOX 240<br>ROCKLIN CA 95677-0240 | 000073P001-1575S-008<br>AGWEST FARM CREDIT<br>3755 ATHERTON RD<br>ROCKLIN CA 95765 | 004620P001-1575A-008<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 |
| 000052P002-1575S-008<br>ALEJO SANTIAGO<br>2231 RUFFINO CT<br>DELANO CA 93215 | 000074P001-1575S-008<br>ALLIED PACKAGING CORP<br>PO BOX 8010<br>PHOENIX AZ 85066-8010 | 000097P001-1575S-008<br>ALLIED PACKAGING CORP<br>202 S 27TH STREET<br>PHOENIX AZ 85034 | 004621P001-1575A-008<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007 |
| 004622P001-1575A-008<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 | 000107P001-1575S-008<br>ATKINSON ANDERSON LOYA RUUD & ROMO<br>JEFFREY W. FREY<br>20 PACIFICA<br>SUITE 1100<br>IRVINE CA 92618 | 004670P001-1575A-008<br>ATTORNEY GENERAL OF MEXICO<br>ERNESTINA GODOY RAMOS<br>AV INSURGENTES NO 20<br>COLONIA ROMA NORTE DEL CUAUHTEMOC<br>MEXICO CITY  6700<br>MEXICO | 000015P001-1575S-008<br>BAIRD HOLM LLP<br>STEVEN C. TURNER<br>1700 FARNAM STREET<br>SUITE 1500<br>OMAHA NE 68102-2068 |
| 000023P001-1575S-008<br>BATTH BROTHERS FARM<br>2117 VIA TUSCANIA AVE<br>DELANO CA 93215 | 000024P001-1575S-008<br>BLOOM FRESH INTERNATIONAL LIMITED<br>29757 ELMO HWY<br>MCFARLAND CA 93250 | 000025P001-1575S-008<br>BUTTONWILLOW WAREHOUSE CO INC<br>3430 UNICORN RD<br>BAKERSFIELD CA 93308 | 000098P001-1575S-008<br>C T CORP SYSTEM AS REPRESENTATIVE<br>OF WEBFUNDER<br>ATTN: SPRS<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE CA 91203 |
| 000001P002-1575S-008<br>CA DEPT OF TAX AND FEE ADMINISTRATION<br>BANKRUPTCY SECTION MIC 29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 | 001829P001-1575A-008<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000026P001-1575S-008<br>CALIFORNIA TABLE GRAPE COMMISSION<br>392 W FALLBROOK AVE<br>STE 101<br>FRESNO CA 93711-6150 | 000027P001-1575S-008<br>CALPINE CONTAINERS, INC<br>225 RD 176<br>DELANO CA 93215 |
| 000028P001-1575S-008<br>CHEP USA<br>5897 WINDWARD PKWY<br>ALPHARETTA GA 30005 | 000029P002-1575S-008<br>CHRISTIAN CROUZET<br>1484 W LINDA VISTA<br>PORTERVILLE CA 93257 | 000075P002-1575S-008<br>CITIBANK NA<br>SUNIL GARG, CEO<br>388 GREENWICH ST<br>10TH FL<br>NEW YORK NY 10013 | 000110P001-1575S-008<br>CITIZENS BUSINESS BANK<br>YALE KIM<br>701 N HAVEN AVE<br>ONTARIO CA 91764 |

Filed 03/25/26

Case 26-10978

Doc 134

Hronis, Inc., et al.
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 5

03/20/2026 02:45:24 PM

| | | | |
|---|---|---|---|
| 004623P001-1575A-008<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203 | 004624P001-1575A-008<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120 | 000018P003-1575S-008<br>CONTERRA AGRICULTURAL CAPITAL LLC<br>ROYER COOPER COHEN BRAUNFELD<br>MARC E HIRSCHFIELD<br>1120 AVENUE OF THE AMERICAS<br>4TH FLOOR<br>NEW YORK NY 10036 | 000076P001-1575S-008<br>CONTERRA AGRICULTURAL CAPITAL LLC<br>5465 MILLS CIVIC PKWY<br>STE 201<br>WEST DES MOINES IA 50266 |
| 000077P001-1575S-008<br>CONTERRA AGRICULTURAL CAPITAL LLC<br>MILLER NASH LLP<br>BERNIE KORNBERG<br>340 GOLDEN SHORE<br>STE 450<br>LONG BEACH CA 90802 | 000078P002-1575S-008<br>CORPORATION SVC CO<br>AS REPRESENTATIVE OF SQUARE ADVANCE<br>PO BOX 2576<br>SPRINGFIELD IL 62708 | 000101P001-1575S-008<br>CORPORATION SVC CO AS REP OF<br>CREDIT LINE CAPITAL GROUP<br>PO BOX 2576<br>SPRINGFIELD IL 62708 | 000099P001-1575S-008<br>CT CORPORATION SYSTEM AS<br>REPRESENTATIVE OF DLP FUNDING LLC<br>ATTN: SPRS<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE CA 91203 |
| 000100P001-1575S-008<br>CT CORPORATION SYSTEM AS REP OF<br>PARKSIDE FUNDING GROUP LLC<br>ATTN: SPRS<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE CA 91203 | 000079P001-1575S-008<br>DEERE AND CO<br>6400 NW 86TH ST<br>JOHNSTON IA 50131 | 004625P001-1575A-008<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000080P001-1575S-008<br>DLP FUNDING LLC<br>447 BROADWAY 2ND FLOOR<br>UNIT 805<br>NEW YORK NY 10013 |
| 000081P001-1575S-008<br>DLP FUNDING LLC<br>101 LAKE SHORE DR<br>MONTICELLO NY 12701-4006 | 000082P001-1575S-008<br>DLP FUNDING LLC<br>THE LAW OFFICE OF JACOB Z WEINSTEIN PLLC<br>JACOB Z WEINSTEIN<br>420 CENTRAL AVE<br>STE 301<br>CEDARHURST NY 11516 | 000031P001-1575S-008<br>DOUBLE EAGLE PRODUCE AND TRANSPORTATION<br>3133 PEGASUS DR<br>BAKERSFIELD CA 93308 | 000083P001-1575S-008<br>EAGLE CREEK PACIFIC LLC<br>UBS FARMLAND INVESTORS LLC<br>ERIK C ROGET<br>1920 TIENDA DR<br>STE 204<br>LODI CA 95242-3932 |
| 000084P001-1575S-008<br>EAGLE CREEK PACIFIC LLC<br>UBS FARMLAND INVESTORS LLC<br>JAMES B MCCANDLESS<br>10 STATE HOUSE SQUARE<br>15TH FL<br>HARTFORD CT 06103-3604 | 000002P001-1575S-008<br>EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY SPECIAL PROCEDURES GROUP<br>PO BOX 826880 MIC 92E<br>SACRAMENTO CA 94280-0001 | 000033P001-1575S-008<br>ESPINOZA FARM LABOR CONTRACTOR<br>1921 13TH AVE<br>DELANO CA 93215 | 000085P001-1575S-008<br>EVANS AG GP INC<br>1095 EAST GREEN ST<br>PASADENA CA 91106 |
| 000017P001-1575S-008<br>FABIAN VANCOTT<br>DAVID J. LYON<br>95 SOUTH STATE STREET<br>#2300<br>SALT LAKE CITY UT 84111 | 000086P001-1575S-008<br>FARM CREDIT WEST FLCA<br>200 EAST CARTMILL AVE<br>TULARE CA 93274 | 000087P001-1575S-008<br>FARM CREDIT WEST PCA<br>1478 STONE PT DR<br>STE 450<br>ROSEVILLE CA 95661 | 004626P001-1575A-008<br>FLORIDA ATTORNEY GENERAL<br>JAMES UTHMEIER<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 |
| 000003P001-1575S-008<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 004627P001-1575A-008<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000088P001-1575S-008<br>GLOBAL MERCHANT CASH INC<br>64 BEAVER ST<br>NEW YORK NY 10004 | 000034P001-1575S-008<br>GREGS PETROLEUM SERVICE, INC<br>621 HIGH ST<br>DELANO CA 93215 |

Filed 03/25/26

Case 26-10978

Doc 134

Hronis, Inc., et al.
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 5

03/20/2026 02:45:24 PM

004628P001-1575A-008
HAWAII ATTORNEY GENERAL
ANNE E LOPEZ
425 QUEEN ST
HONOLULU HI 96813

000036P001-1575S-008
HURE VINEYARDS
13002 ZACHARY AVE
MCFARLAND CA 93250

004629P001-1575A-008
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

004630P001-1575A-008
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000004P001-1575S-008
INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346

004631P001-1575A-008
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319

000038P001-1575S-008
JORDAN KAUFMAN - KCTTC
1115 TRUXTUN AVE
2ND FLR
BAKERSFIELD CA 93301

000062P002-1575S-008
JOSE VALENCIA
17167 AVE 104
TERRA BELLA CA 93270

004632P001-1575A-008
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

004633P001-1575A-008
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000065P001-1575S-008
KERN-TULARE WATER DISTRICT
5001 CALIFORNIA AVE
BAKERSFIELD CA 93309

000041P001-1575S-008
LMG LOGISTICS LLC
9415 LAURELWOOD CT
SHAFTER CA 93263

004634P001-1575A-008
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802

004635P001-1575A-008
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000042P001-1575S-008
MALIBU VINEYARDS, LP
9777 WILSHIRE BLVD
STE 900
BEVERLY HILLS CA 90212

004636P001-1575A-008
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022

004637P001-1575A-008
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698

000043P001-1575S-008
MAXCO SUPPLY INC
605 S ZEDIKER AVE
PARLIER CA 93648

000044P001-1575S-008
MEDINA VINES
707 EBELL ST
MCFARLAND CA 93250

004638P001-1575A-008
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212

000014P001-1575S-008
MILLER NASH LLP
BERNARD KORNBERG
340 GOLDEN SHORE
STE 450
LONG BEACH CA 90802

000106P001-1575S-008
MILLER NASH LLP
BERNIE KORNBERG;BRIANNA MORRISON;ANDREW MORTON
340 GOLDEN SHORE STE 450
LONG BEACH CA 90802

004665P001-1575A-008
MINISTRY OF JUSTICE
ATTORNEY GENERAL OF QUEBEC
HONOURABLE SIMON JOLIN-BARRETTE
EDIFICE LOUIS-PHILIPPE-PIGEON
1200 RTE DE LEGLISE
QUEBEC QC G1V 4M1
CANADA

004666P001-1575A-008
MINISTRY OF JUSTICE
ATTORNEY GENERAL OF ALBERTA
HONOURABLE MICKEY AMERY
10TH FL - 102A TOWER
10025 - 102A AVE NW
EDMONTON AB T5J 2Z2
CANADA

004667P001-1575A-008
MINISTRY OF JUSTICE
ATTORNEY GENERAL OF NEW BRUNSWICK
HONOURABLE ROBERT MCKEE
CHANCERY PL FL 2
PO BOX 6000
FREDERICTON NB E3B 5H1
CANADA

004668P001-1575A-008
MINISTRY OF JUSTICE
ATTORNEY GENERAL OF SASKATCHEWAN
HONOURABLE TIM MCLEOD
820 - 1874 SCARTH ST
REGINA SK S4P 4B3
CANADA

004669P001-1575A-008
MINISTRY OF JUSTICE
MINISTER OF JUSTICE
HIROSHI HIRAGUCHI
1-1-1 KASUMIGASEKI
CHIYODA-KU
TOKYO  100-8977
JAPAN

004663P001-1575A-008
MINISTRY OF THE ATTORNEY GENERAL
ATTORNEY GENERAL OF BRITISH COLUMBIA
HONOURABLE NIKI SHARMA
PO BOX 9290
STN PROV GOVT
VICTORIA BC V8W 9J7
CANADA

Filed 03/25/26

Case 26-10978

Doc 134

Hronis, Inc., et al.
US First Class Mail
Exhibit Pages

Page # : 4 of 5

03/20/2026 02:45:24 PM

004664P001-1575A-008
MINISTRY OF THE ATTORNEY GENERAL
ATTORNEY GENERAL OF ONTARIO
HONOURABLE DOUG DOWNEY
MCMURTRY-SCOTT BLDG
720 BAY ST 11TH FL
TORONTO ON M7A 2S9
CANADA

004639P001-1575A-008
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

004640P001-1575A-008
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

004641P001-1575A-008
MISSOURI ATTORNEY GENERAL
CATHERINE L HANAWAY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

004642P001-1575A-008
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401

000016P001-1575S-008
MORRIS NICHOLS ARSHT & TUNNELL LLP
DEREK C ABBOTT
1201 NORTH MARKET ST
16TH FLOOR
WILMINGTON DE 19801

004643P001-1575A-008
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920

004644P001-1575A-008
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701

004645P001-1575A-008
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397

004646P001-1575A-008
NEW JERSEY ATTORNEY GENERAL
JENNIFER DAVENPORT
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

004647P001-1575A-008
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

004648P001-1575A-008
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

004649P001-1575A-008
NORTH CAROLINA ATTORNEY GENERAL
JEFF JACKSON
DEPT OF JUSTICE
9001 MAIL SERVICE CTR
RALEIGH NC 27699-9001

000045P001-1575S-008
NUTRIEN AG SOLUTIONS, INC (DELANO)
930 WOOLLOMES RD
DELANO CA 93215

000046P001-1575S-008
NUTRIEN AG SOLUTIONS, INC (HANFORD)
13241 CROWN AVE
HANFORD CA 93230

000067P001-1575S-008
OFFICE OF THE ATTY GENERAL OF CALIF
2550 MARIPOSA MALL
RM 5090
FRESNO CA 93721-2271

000010P002-1575S-008
OFFICE OF THE US TRUSTEE
MICHAEL FLETCHER
2500 TULARE ST
STE 1401
FRESNO CA 93721

004650P001-1575A-008
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

004651P001-1575A-008
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

004652P001-1575A-008
OREGON ATTORNEY GENERAL
DAN RAYFIELD
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096

004653P001-1575A-008
PENNSYLVANIA ATTORNEY GENERAL
DAVE SUNDAY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120

000089P001-1575S-008
PETER HRONIS
10443 HRONIS RD
DELANO CA 93215

000090P001-1575S-008
PETER HRONIS
WEINTRAUB ZOLKIN TALERICO AND LIU LLP
DAVID ZOLKIN
11766 WILSHIRE BLVD
STE 730
LOS ANGELES CA 90025

004654P001-1575A-008
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

000109P001-1575S-008
RIMON LAW
JACQUELYN H. CHOI
2029 CENTURY PARK EAST
SUITE 400N
LOS ANGELES CA 90067

000048P001-1575S-008
ROBINHOOD LOGISTICS INC
4725 PANAMA LN
STE D3-239
BAKERSFIELD CA 93313

000050P001-1575S-008
SA CAMP
17876 ZERKER RD
BAKERSFIELD CA 93308

000054P001-1575S-008
SC CONSULTING LLC
SCOTT CLUBINE
708 NW 2ND AVE
BENTONVILLE AR 72712

Filed 03/25/26

Case 26-10978

Doc 134



Hronis, Inc., et al.
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000055P001-1575S-008<br>SEACA PACKAGING, INC<br>23400 71ST PL SOUTH<br>KENT WA 98032 | 000005P001-1575S-008<br>SECRETARY OF THE TREASURY<br>CHIEF COUNSEL REGION IX<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220 | 004655P001-1575A-008<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000006P001-1575S-008<br>STATE COMPENSATION INSURANCE FUND<br>BANKRUPTCY UNIT<br>PO BOX 8192<br>PLEASANTON CA 94588-8792 |
| 000056P001-1575S-008<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000091P001-1575S-008<br>SUN PACIFIC FARMING COOPERATIVE INC<br>1095 EAST GREEN ST<br>PASADENA CA 91106 | 000092P001-1575S-008<br>SUN PACIFIC MARKETING COOPERATIVE INC<br>1095 E GREEN ST<br>PASADENA CA 91106-2503 | 000057P001-1575S-008<br>SUNKIST GROWERS INC<br>27770 ENTERTAINMENT DR<br>VALENCIA CA 91355 |
| 000093P001-1575S-008<br>TBF GRP<br>460 FARADAY AVE<br>JACKSON NJ 08527 | 004656P001-1575A-008<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 004657P001-1575A-008<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000094P001-1575S-008<br>TONKO A AND LYDIA ZANINOVICH<br>10005 VALE ROYALE DR<br>BAKERSFIELD CA 93306 |
| 000095P001-1575S-008<br>TONKO A AND LYDIA ZANINOVICH<br>WILLIAMS BRODERSEN PRITCHETT AND RUIZ LLP<br>STEVEN R WILLIAMS<br>2222 WEST MAIN ST<br>VISALIA CA 93291 | 000096P001-1575S-008<br>TONKO A AND LYDIA ZANINOVICH<br>31931 WOOLLOMES RD<br>DELANO CA 93215 | 000108P001-1575S-008<br>TRI COUNTIES BANK<br>JEFFREY MEISNER<br>. | 000007P003-1575S-008<br>UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF CALIFORNIA<br>2500 TULARE STREET<br>SUITE 4401<br>FRESNO CA 93721 |
| 000066P001-1575S-008<br>US DEPARTMENT OF JUSTICE<br>TAX DIVISION<br>CIVIL TRIAL SECTION, WESTERN REGION<br>BOX 683<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | 000008P001-1575S-008<br>US ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHORNE ST<br>SAN FRANCISCO CA 94105 | 000009P001-1575S-008<br>US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER ST<br>STE 900<br>LOS ANGELES CA 90071-9591 | 000019P001-1575S-008<br>US SMALL BUSINESSES ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>312 N SPRING STREET<br>5TH FLOOR<br>LOS ANGELES CA 90012 |
| 004658P001-1575A-008<br>UTAH ATTORNEY GENERAL<br>DEREK BROWN<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST<br>STE 230<br>SALT LAKE CITY UT 84114-2320 | 004659P001-1575A-008<br>VIRGINIA ATTORNEY GENERAL<br>JAY JONES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 004660P001-1575A-008<br>WASHINGTON ATTORNEY GENERAL<br>NICHOLAS BROWN<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000063P002-1575S-008<br>WESCOTT AGRI PRODUCTS<br>28085 COUNTRY ROAD 25<br>ELGIN MN 55932 |
| 004661P001-1575A-008<br>WEST VIRGINIA ATTORNEY GENERAL<br>JOHN B MCCUSKEY<br>STATE CAPITOL COMPLEX BLDG 1 RM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 | 004662P001-1575A-008<br>WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>114 EAST STATE CAPITOL<br>MADISON WI 53707-7857 | 000064P001-1575S-008<br>WONDERFUL NUT ORCHARDS LLC<br>6801 E LERDO HWY<br>SHAFTER CA 93263 | |

Records Printed : **139**

# Attachment 6B4

Filed 03/25/26

Case 26-10979 et al.

Doc 134

Ferris, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 2

03/20/2026 02:40:14 PM

000070P001-1575S-008
AGAMERICA LENDING
BAIRD HOLM LLP
STEVEN C TURNER
1700 FARNAM ST
STE 1500
OMAHA NE 68102-2068
STURNER@BAIRDHOLM.COM

000052P002-1575S-008
ALEJO SANTIAGO
2231 RUFFINO CT
DELANO CA 93215
ALEJOSANTIAGO5773@GMAIL.COM

000074P001-1575S-008
ALLIED PACKAGING CORP
PO BOX 8010
PHOENIX AZ 85066-8010
INVOICEREQUEST@ALLIEDONLINE.COM

004621P001-1575A-008
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

004622P001-1575A-008
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000015P001-1575S-008
BAIRD HOLM LLP
STEVEN C. TURNER
1700 FARNAM STREET
SUITE 1500
OMAHA NE 68102-2068
STURNER@BAIRDHOLM.COM

000024P001-1575S-008
BLOOM FRESH INTERNATIONAL LIMITED
29757 ELMO HWY
MCFARLAND CA 93250
AR@BLOOMFRESHGLOBAL.COM

000027P001-1575S-008
CALPINE CONTAINERS, INC
225 RD 176
DELANO CA 93215
INFO@CALPINECONTAINERS.COM

000110P001-1575S-008
CITIZENS BUSINESS BANK
YALE KIM
701 N HAVEN AVE
ONTARIO CA 91764
YKKIM@CBBANK.COM

004624P001-1575A-008
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000018P003-1575S-008
CONTERRA AGRICULTURAL CAPITAL LLC
ROYER COOPER COHEN BRAUNFELD
MARC E HIRSCHFIELD
1120 AVENUE OF THE AMERICAS
4TH FLOOR
NEW YORK NY 10036
MHIRSCHFIELD@RCCBLAW.COM

000018P003-1575S-008
CONTERRA AGRICULTURAL CAPITAL LLC
ROYER COOPER COHEN BRAUNFELD
MARC E HIRSCHFIELD
1120 AVENUE OF THE AMERICAS
4TH FLOOR
NEW YORK NY 10036
MSKAPOF@RCCBLAW.COM

000077P001-1575S-008
CONTERRA AGRICULTURAL CAPITAL LLC
MILLER NASH LLP
BERNIE KORNBERG
340 GOLDEN SHORE
STE 450
LONG BEACH CA 90802
BERNIE.KORNBERG@MILLERNASH.COM

000077P001-1575S-008
CONTERRA AGRICULTURAL CAPITAL LLC
MILLER NASH LLP
BERNIE KORNBERG
340 GOLDEN SHORE
STE 450
LONG BEACH CA 90802
ANDY.MORTON@MILLERNASH.COM

000077P001-1575S-008
CONTERRA AGRICULTURAL CAPITAL LLC
MILLER NASH LLP
BERNIE KORNBERG
340 GOLDEN SHORE
STE 450
LONG BEACH CA 90802
BRIANNA.MORRISON@MILLERNASH.COM

000078P002-1575S-008
CORPORATION SVC CO
AS REPRESENTATIVE OF SQUARE ADVANCE
PO BOX 2576
SPRINGFIELD IL 62708
UCCSPREP@CSCGLOBAL.COM

000105P001-1575S-008
CORPORATION SVC CO AS REP OF
CREDIT LINE CAPITAL GROUP
PO BOX 2576
SPRINGFIELD IL 62708
UCCSPREP@CSCGLOBAL.COM

004625P001-1575A-008
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000082P001-1575S-008
DLP FUNDING LLC
THE LAW OFFICE OF JACOB Z WEINSTEIN PLLC
JACOB Z WEINSTEIN
420 CENTRAL AVE
STE 301
CEDARHURST NY 11516
JACOB@WEINSTEINLLP.COM

000083P001-1575S-008
EAGLE CREEK PACIFIC LLC
UBS FARMLAND INVESTORS LLC
ERIK C ROGET
1920 TIENDA DR
STE 204
LODI CA 95242-3932
ERIK.ROGET@UBS.COM

000084P001-1575S-008
EAGLE CREEK PACIFIC LLC
UBS FARMLAND INVESTORS LLC
JAMES B MCCANDLESS
10 STATE HOUSE SQUARE
15TH FL
HARTFORD CT 06103-3604
JAMES.MCCANDLESS@UBS.COM

000017P001-1575S-008
FABIAN VANCOTT
DAVID J. LYON
95 SOUTH STATE STREET
#2300
SALT LAKE CITY UT 84111
DLYON@FABIANVANCOTT.COM

000062P002-1575S-008
JOSE VALENCIA
17167 AVE 104
TERRA BELLA CA 93270
JOEVALENCIAFARMS@GMAIL.COM

000041P001-1575S-008
LMG LOGISTICS LLC
9415 LAURELWOOD CT
SHAFTER CA 93263
RGALAVIZ8@GMAIL.COM

Filed 03/25/26

Hronis, Inc., et al.
Case 26-10979
Electronic Mail
Exhibit Pages

Doc 134

Page # : 2 of 2

03/20/2026 02:40:14 PM

| | | | |
|---|---|---|---|
| 004634P001-1575A-008<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 004636P001-1575A-008<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 004637P001-1575A-008<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 004638P001-1575A-008<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV |
| 000014P001-1575S-008<br>MILLER NASH LLP<br>BERNARD KORNBERG<br>340 GOLDEN SHORE<br>STE 450<br>LONG BEACH CA 90802<br>BERNIE.KORNBERG@MILLERNASH.COM | 000106P001-1575S-008<br>MILLER NASH LLP<br>BERNIE KORNBERG;BRIANNA MORRISON;ANDREW MORTON<br>340 GOLDEN SHORE STE 450<br>LONG BEACH CA 90802<br>BERNIE.KORNBERG@MILLERNASH.COM | 000106P001-1575S-008<br>MILLER NASH LLP<br>BERNIE KORNBERG;BRIANNA MORRISON;ANDREW MORTON<br>340 GOLDEN SHORE STE 450<br>LONG BEACH CA 90802<br>BRIANNA.MORRISON@MILLERNASH.COM | 000106P001-1575S-008<br>MILLER NASH LLP<br>BERNIE KORNBERG;BRIANNA MORRISON;ANDREW MORTON<br>340 GOLDEN SHORE STE 450<br>LONG BEACH CA 90802<br>ANDY.MORTON@MILLERNASH.COM |
| 004642P001-1575A-008<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000016P001-1575S-008<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>DEREK C ABBOTT<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801<br>DABBOTT@MORRISNICHOLS.COM | 004643P001-1575A-008<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 004644P001-1575A-008<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV |
| 004645P001-1575A-008<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000010P002-1575S-008<br>OFFICE OF THE US TRUSTEE<br>MICHAEL FLETCHER<br>2500 TULARE ST<br>STE 1401<br>FRESNO CA 93721<br>MICHAEL.FLETCHER@USDOJ.GOV | 000010P002-1575S-008<br>OFFICE OF THE US TRUSTEE<br>MICHAEL FLETCHER<br>2500 TULARE ST<br>STE 1401<br>FRESNO CA 93721<br>JARED.A.DAY@USDOJ.GOV | 000010P002-1575S-008<br>OFFICE OF THE US TRUSTEE<br>MICHAEL FLETCHER<br>2500 TULARE ST<br>STE 1401<br>FRESNO CA 93721<br>USTPREGION17.FR.ECF@USDOJ.GOV |
| 000090P001-1575S-008<br>PETER HRONIS<br>WEINTRAUB ZOLKIN TALERICO AND LIU LLP<br>DAVID ZOLKIN<br>11766 WILSHIRE BLVD<br>STE 730<br>LOS ANGELES CA 90025<br>DZOLKIN@WZTLFIRM.COM | 000109P001-1575S-008<br>RIMON LAW<br>JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST<br>SUITE 400N<br>LOS ANGELES CA 90067<br>JACQUELYN.CHOI@RIMONLAW.COM | 000108P001-1575S-008<br>TRI COUNTIES BANK<br>JEFFREY MEISNER<br>.<br>LEGALSERVICES@TCBK.COM | 004658P001-1575A-008<br>UTAH ATTORNEY GENERAL<br>DEREK BROWN<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST<br>STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV |

Records Printed : **44**